affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs and the costs awarded by the court at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 905.]

In the Matter of the Judicial Settlement of the Account of Proceedings of ALBERT E. HELLER and LEO M. KAHN, as Executors, etc., of BELLA M. KAUFMAN, Deceased, and the Fixing of Attorneys' Fees. HARRY WEINBERGER, Appellant; ALBERT E. HELLER and LEO M. KAHN, as Executors, etc.; MARION K. HELLER and WILLIAM B. HELLER; EDGAR A. LEVY and ANDRE CARON, as Trustees, etc., and Others, Respondents.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [169 Misc. 714.]

RICHARD J. HALLERAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of McNEEL MARBLE COMPANY, Petitioner, against JOSEPH D. McGOLDRICK, Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Respondent, v. WILLARD HAWES & Co., INC., and Others, Defendants, Impleaded with LEWIS JACKSON and DANIEL SHAW, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants-appellants to answer within twenty days after service of a copy of the order, with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, Respondent, v. WILLARD HAWES & Co., INC., and Others, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

EDWARD L. CORBETT, Appellant, v. WALTER S. HALLIWELL, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application to Discover and Compel the Delivery of Property to IRVING TRUST COMPANY, as Executor, etc., of OSCAR F. DOUGLAS, JR., Deceased. ALICE GUNTON SMITH, Appellant, v. IRVING TRUST COMPANY, as Executor, etc., of OSCAR F. DOUGLAS, JR., Deceased, Respondent. (Consolidated under Surr. Ct. Act, § 65.)█ — Decree so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [See Matter of Douglas, 169 Misc. 716.]

LEBOLT & COMPANY, INC., Appellant, v. ELIZABETH COYNE MALONEY, as Executrix, etc., of PETER J. MALONEY, SR., Deceased, Respondent.— Judgment